IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

6:24-CV-3 JDK/JDL

Author J. Manning Jr

    Plaintiff

Vs

The Attorney General

The State of Texas,

In the Interest of April S. M.

    Defendant

### **FEDERAL PETITION**

The issues of the Lawsuit are Related to Trial Court Case Number 2001-1995-DR, The State Vs Author Manning, In the interest of April S. M. Original Trial Court, The 307th District Gregg County

A Federal Case is Filed The 14th day of November 2023

Second Petition is filed on the 5th of December 2023 by the Plaintiff

In The U.S. District Court- Eastern District Court of Texas Tyler Division, by mail

To reverse the opinion of the Trial Court

1. For Reason: The Order of the Original Trial Court was a error,
2. The Plaintiff is not the Father of the child the case was not judged correctly by a State Agency.
3. The Plaintiff did not taken the Paternity Test Scheduled to be taken at the Gregg County Attorney General's Office Ordered by the Judge because of fraudulent activity.
4. The Plaintiff did not Take the Paternity Test that Ruled him guilty of being the Father of the Child April S. M.
5. The error is due for correction.

6. The Plaintiff went through fraudulent activity at a non- State facility impersonating a State facility and agency, the Attorney General, where he was convinced he followed the order of the Judge by taking the Paternity Test.
7. The Paternity Test was taken fraudulently..
8. The Plaintiff was attacked by organized crime members committing fraud of a State or Federal Agency.
9. The case involves fraud committed in a State Facility by members of the Organized Crime: The Plaintiff was falsely impersonated with fraudulent identification where fraudulent DNA samples were submitted in the Attorney General's Office, located in Longview Texas,
10. The Results of fraud lead to false arrest and other charges.

11. The case is of fraud and actions committed by organized crime members, in a State Office
12. Filed to correct a error made by a State Facility

The Lawsuit is the Jurisdiction of The Eastern District Court

**Civil Nature of Suit Code**

899 Administrative Procedure Act/Review or

Appeal of Agency Decision

Relief is in the amount of $250,000, Correcting the child's Last Name and a Restraining

Signed By Author Manning II

Legalknights55@gmail.com